OPINION — AG — ** COLLATERAL SYSTEM — GOVERNMENT ENTITIES — PUBLIC TRUSTS ** THE UNIT COLLATERAL SYSTEM, 62 O.S. 516.1 [62-516.1] ET SEQ., WHICH IS A SYSTEM TO FACILITATE THE PLEDGING OF DEPOSITORY BANK COLLATERAL TO SECURE THE DEPOSITS OF CERTAIN GOVERNMENTAL ENTITIES, HAS NO APPLICATION TO FUNDS COMING INTO THE HANDS OF PUBLIC TRUSTS CREATED UNDER 60 O.S. 176 [60-176] (PUBLIC FINANCE, PUBLIC TRUSTS, BANKING, PLEDGING THE CREDIT OF THE STATE, GOVERNMENTAL, SECURE DEPOSITS) CITE: 60 O.S. 176 [60-176], 60 O.S. 179 [60-179], 62 O.S. 516.1 [62-516.1], 62 O.S. 516.2 [62-516.2] (GUY L. HURST)